UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMANDA LEWIS,

    Plaintiff,

v.                                        Case No: 8:18-cv-42-T-26AEP

SURAJ PROPERTIES, INC., HIMANSHU,
J. PATADIA, PRITA H. PATADIA, and
SURAJ INVESTMENTS, INC.

    Defendants.
_____/

**ORDER**

This matter comes before the Court upon Defendants' Motion to Compel Compliance with Order (Doc. 50). For the reasons stated at the hearing, Defendants' Motion is GRANTED in PART and DENIED in PART to the extent that:

1. The Court directs that the redacted records previously produced to Defendants be unredacted as to the headers and responses within the Employment Summary and current income details sections, except that any information pertaining to children must remain redacted, to be produced no later than March 8, 2019 by 12:00 p.m.

DONE AND ORDERED in Tampa, Florida, this 6th day of March, 2019.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of record