UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMANDA LEWIS,

    Plaintiff,

v.                                                           CASE NO. 8:18-cv-42-T-02AEP

SURAJ PROPERTIES, INC., *et al.*,

    Defendants.
_____/

## **ORDER DENYING ATTORNEY'S FEES TO DEFENDANTS**

Although Defendants are the prevailing parties in both the cases brought by Eric W. Schofield, Sr. (18cv30) and by Amanda Lewis (18cv42), there is no statutory basis to grant them fees. Accordingly, the motions for fees at docket 153 in Schofield, Sr.'s case and docket 83 in Lewis's case are denied.

The Court finds cogent and apt the reasoning of Judge Howard in *Kubiak v. S.W. Cowboy, Inc.*, 3:12-cv-1306-J-34JRK, 2017 WL 1080000 (M.D. Fla. Mar. 22, 2017). As the complaints are pled, section 448.08 of the Florida Statutes is not implicated. Neither the Fair Labor Standards Act (29 U.S.C. § 216(b)) nor the Florida Minimum Wage Act (Fla. Stat. § 448.110) provides attorney's fees to prevailing defendants.

It is therefore **ORDERED AND ADJUDGED** that Defendants' Motion for Attorney's Fees (Dkt. 83) is denied.

**DONE AND ORDERED** at Tampa, Florida, on August 16, 2019.

s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record